

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

      - v. -                           :   INFORMATION

YUBERKI ROSARIO,                    :   07 Cr.

      Defendant.                      :

- - - - - - - - - - - - - - - - - - - x

**07 CRIM. - 621**

07CR621

COUNT ONE

    The United States Attorney charges:

    1.  From at least in or about December 2004 up to and including in or about November 2006, in the Southern District of New York, YUBERKI ROSARIO, the defendant, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

    2.  It was a part and object of the conspiracy that YUBERKI ROSARIO, the defendant, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    3.  It was a further part and object of the conspiracy that YUBERKI ROSARIO, the defendant, and others known and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:

unknown, would distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

## OVERT ACTS

4.  In furtherance of the conspiracy and to effect the illegal objects thereof, YUBERKI ROSARIO, the defendant, committed the following overt acts, among others, in the Southern District of New York:

   a.  On or about November 28, 2006, YUBERKI ROSARIO, the defendant, possessed a quantity of cocaine base in Beacon, New York.

   b.  On or about November 28, 2006, YUBERKI ROSARIO, the defendant, possessed a quantity of cocaine in Beacon, New York.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney