7/11/07

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK



JUL 11 2007

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : 07 Cr. (SCR) |
| **YUBERKI ROSARIO,** | : |
| Defendant. | : |

07 CRIM. - 621

**YUBERKI ROSARIO,** the above-named defendant, who is accused of violating Title 21, United States Code, Section 846 having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:  White Plains, New York
       July 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```