## STEPHENS, BARONI, REILLY & LEWIS, LLP
### ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| GERALD D. REILLY<br>ROLAND A. BARONI, JR.<br>STEPHEN R. LEWIS<br>———<br>KRISTEN L. HOLT | NORTHCOURT BUILDING<br>175 MAIN STREET<br>WHITE PLAINS, NY 10601<br>(914) 761-0300<br>(914) 683-5185<br>———<br>FAX (914) 761-0995<br>FAX (914) 683-1323<br>E-MAIL: sbrl@sbrllaw.com | COUNSEL<br>JAMES R. CARUSO (1906-1994)<br>———<br>NORTHERN WESTCHESTER OFFICE<br>OLD POST ROAD PROFESSIONAL BUILDING<br>CROSS RIVER, NEW YORK 10518<br>———<br>SERVICE NOT ACCEPTED<br>BY FAX OR E-MAIL |

July 17, 2007

Honorable Mark D. Fox
Judge of the United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

07-cr-621
MJ

**MEMO ENDORSED**

Re: USA v. Rosario
Docket No.: 06-1742

[U.S. DISTRICT COURT FILED JUL 18 2007 S.D. OF N.Y. W.P. stamp]

Dear Judge Fox:

    I have been contacted by my client, Yuberki Rosario. Ms. Rosario desires to see her husband, Alfredo, who is currently incarcerated in the low security correctional institution at Allenwood in White Deer, Pennsylvania. Because of her current bail conditions, she is required to obtain judicial approval before leaving the district, and she has asked me to obtain that approval from you. You previously approved similar requests on several occasions.

    Mrs. Rosario's itinerary is that she would be leaving on July 20, 2007 at 4:30 a.m. and she would be coming back the same day at 7:00 p.m. She will be driving to the facility, and she will be going with her daughter, Jennifer, and her son, Jeremy Rosario. It is my understanding based upon the prior inquires that neither pre-trial services nor the U.S. Attorneys Office have any objections to these requests.

    If all meets with your approval, I ask that you So Order this letter where indicated and that a copy be returned by facsimile to my office. I thank you for your consideration in this regard.

Very truly yours,

/s/ Stephen R. Lewis
Stephen R. Lewis

SRL:dr
cc: AUSA Brent Wible

Application _____ Dated: _____
SO ORDERED: Honorable Mark D. Fox, U.S.M.J.

Copies mailed / handed / faxed to counsel 7/18/07

7/18/07  Application Granted on Consent
So Ordered

[Signature: MARK D. FOX, United States Magistrate Judge, Southern District of New York]