UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                              ORDER ACCEPTING PLEA ALLOCUTION

                                       07 Cr. 621 (SCR)

         v.

Yuberki Rosario

---

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated July 11, 2007, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: September 18, 2007

                                                    SO ORDERED:

                                                     STEPHEN C. ROBINSON
                                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____